AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | | |
|---|---|---|
| Morkiter Jones | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:18cv193-MPM-DAS |
| Jared Booth; City of Columbus, Mississippi, particularly Columbus Police Department; and, Unknown Defendants A-Z | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jared Booth
5201 Lowndes Ave.
Columbus, MS 39705

Or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brad Morris Law Firm PLLC
P.O. Box 2136
Oxford, MS 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 11/21/2018

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi ▾

| | |
|---|---|
| Morkiter Jones <br><br> *Plaintiff(s)* <br> v. <br> Jared Booth; City of Columbus, Mississippi, particularly Columbus Police Department; and, Unknown Defendants A-Z <br><br> *Defendant(s)* | Civil Action No. 1:18cv193-MPM-DAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   City of Columbus
By and through
Mayor Robert E. Smith, Jr.
Columbus, MS 39701

Or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brad Morris Law Firm PLLC
P.O. Box 2136
Oxford, MS 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews
*CLERK OF COURT*

Date: 11/21/2018                                       *Signature of Clerk or Deputy Clerk*