**IN THE UNTIED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**MORKITER JONES**                                                                 **PLAINTIFF**

**VS.**                                                           **CAUSE NO.:  1:18cv193-MPM-DAS**

**JARED BOOTH;**
**CITY OF COLUMBUS, MISSISSIPPI,**
**PARTICULARLY COLUMBUS POLICE**
**DEPARTMENT; and,**
**UNKNOWN DEFENDANTS A-Z**                                          **DEFENDANT(S)**

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S,**
**JARED BOOTH, MOTION TO DISMISS**

---

      **COMES NOW,** the Plaintiff, Morkiter Jones, by and through Counsel undersigned, and submits this her *Plaintiff's Response to Defendant's Motion to Dismiss*:

      Plaintiff agrees to dismissal of the individual defendant, Jared Booth. A Rule 41 Agreed Order of Dismissal will be separately filed, unless the court chooses to enter its own order pursuant to this response.

      RESPECTFULLY SUBMITTED, this the 27th day of March 2019.

                           By:        /s/Brad Morris
                                  **BRAD MORRIS (MS BAR NO.: 104017)**
                                  *Attorney for Plaintiff*

**Of Counsel:**

BRAD MORRIS LAW FIRM, PLLC
POST OFFICE BOX 2136
1603 UNIVERSITY AVENUE
OXFORD, MS  38655
TELEPHONE: 662-701-0909
FACSIMILE: 888-636-8701
EMAIL: brad@bradmorrislawfirm.com

## CERTIFICATE OF SERVICE

I, Brad Morris, do hereby certify that I have this day served via ECF, U.S. Mail,

Electronic Mail, and/or Hand Delivery/Process Server, a true and correct copy of the above and

foregoing *Motion* to:

        Katherine Kerby, Esq.
        Kerby Law Firm
        P.O. Box 551
        Columbus, MS 39703
        *Attorney for Defendant, Jared Booth*

        Jeff Turnage, Esq.
        Mitchell, McNutt, & Sams
        P.O. Box 1366
        Columbus, MS 39703-1366
        *Attorney for Defendant, City of Columbus*


        THIS the 27th day of March 2019.

                                        /s/Brad Morris
                                        BRAD MORRIS