IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MORKITER JONES**                                                                    **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 1:18-CV-193-MPM-DAS**

**JARED BOOTH;**
**CITY OF COLUMBUS, MISSISSIPPI et al**                             **DEFENDANTS**

**REPLY TO RESPONSE TO MOTION TO DISMISS UNDER RULE 4( c ), 4(m), 12(b)(4) AND/OR RULE 12(b)(5) DUE TO DEFECTIVE AND/OR INSUFFICIENT PROCESS OR SERVICE OF PROCESS AS TO INDIVIDUAL DEFENDANT JARED BOOTH AND DISMISSAL UNDER RULE 12(b)(6) DUE TO STATE LAW SOVEREIGN IMMUNITY**

Jared Booth, by and through Counsel, submitted a Motion requesting the Court dismiss this lawsuit against him pursuant to F. R. Civ. P. 4( c ),4(m), 12(b)(4) and/or 12(b)(5). Plaintiff filed a Response to the Motion at docket #17 stating "Plaintiff agrees to dismissal of the individual Defendant, Jared Booth." Attached hereto is a proposed order of dismissal that has been agreed to by all parties including Plaintiff and Co-Defendant City. Jared Booth requests entry of the attached proposed order.

Respectfully submitted, this the 28th day of March, 2019.

                                                           /s/ *Katherine S. Kerby*
                                                           Katherine S. Kerby, MSB # 3584
                                                           on behalf of Jared Booth

OF COUNSEL:
Katherine S. Kerby, Kerby Law Firm.
Post Office Box 551, Columbus, MS 39703
email: ksearcyk@bellsouth.net
Phone: 662-889-3733 Fax: 662-328-9553

## CERTIFICATE OF SERVICE

I, Katherine S. Kerby, attorney for Jared Booth hereby certify that I have this day served via the ECF system the foregoing to all counsel of record for all parties that have entered an appearance to date.

This the 28th day of March, 2019.

/ s/ *Katherine S. Kerby*
Katherine S. Kerby, MSB# 3584