**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**MORKITER JONES**                                             **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 1:18-CV-193-MPM-DAS**

**JARED BOOTH;**
**CITY OF COLUMBUS, MISSISSIPPI et al**                        **DEFENDANTS**

**ORDER DISMISSING JARED BOOTH AS A DEFENDANT**

A Motion was filed in this matter seeking dismissal of the claims against Jared Booth in

his individual capacity. Plaintiff agreed to the dismissal of individual Defendant Jared Booth.

See docket # 17. All claims against Jared Booth in this matter are dismissed with prejudice and

Jared Booth is dismissed as a Defendant in this cause.

So ordered this the 28th day of March, 2019.

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**

Agreed:

*/s/Brad Morris*, MSB#104017
Attorney for Plaintiff

*/s/Katherine S. Kerby*, MSB#3484
Attorney for Jared Booth

*/s/Jeffery J. Turnage*, MSB#9447
Attorney for the City of Columbus, MS