IN THE UNTIED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MORKITER JONES**                                                      **PLAINTIFF**

**VS.**                                **CAUSE NO.: 1:18cv193-MPM-DAS**

**JARED BOOTH;**
**CITY OF COLUMBUS, MISSISSIPPI,**
**PARTICULARLY COLUMBUS POLICE**
**DEPARTMENT; and,**
**UNKNOWN DEFENDANTS A-Z**                                    **DEFENDANT(S)**

**AGREED ORDER FOR ADDITIONAL TIME TO ANSWER**
**DEFENDANT'S, CITY OF COLUMBUS, MOTION TO DISMISS**

This day this cause came on Plaintiff's *Motion for Additional Time to Answer* Defendant's Motion to Dismiss and the Court having considered said *Motion*, finds as follows:

Plaintiff was allowed for the first time to view police body camera videographic evidence of the subject shooting on April 5, 2019. This new evidence factors into Plaintiff's consideration of the existing cause of action and the response to the pending *Motion to Dismiss*. Plaintiff respectfully requests an additional fourteen (14) days to respond to the pending *Motion to Dismiss*. Counsel opposite does not object to said extension.

The Court having found the motion well taken, grants an additional fourteen (14) days for Plaintiff to file her response to Defendant's pending *Motion to Dismiss*.

**IT IS ORDERED**, that the deadline for Plaintiff's response to Defendant's *Motion to*

*Dismiss* is hereby extended until Friday, April 19, 2019.

**SO ORDERED**, this the 8th day of April, 2019.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

**Agreed to by:**

/s/ Brad Morris
Brad Morris, Esq.
BRAD MORRIS LAW FIRM, PLLC
POST OFFICE BOX 2136
OXFORD, MS 38655
*Attorney for Plaintiff, Morkiter Jones*

/s/ Jeff Turnage
Jeff Turnage, Esq.
Mitchell, McNutt, & Sams
P.O. Box 1366
Columbus, MS 39703-1366
*Attorney for Defendant, City of Columbus*