## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**MORKITER JONES**                                                           **PLAINTIFF**

V.                                     **CIVIL ACTION NO: 1:18CV193-DAS**

**JARED BOOTH;**
**CITY OF COLUMBUS, MISSISSIPPI,**
**PARTICULARLY COLUMBUS POLICE**
**DEPARTMENT; and,**
**UNKNOWN DEFENDANTS A-Z**                                **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The above styled and numbered cause came on to be heard upon joint motion of the Plaintiff and Defendant to dismiss the matter with prejudice as to Defendants Jared Booth and City of Columbus, Mississippi, particularly Columbus Police Department, and without prejudice as to all other parties, whether named or unnamed, known or unknown.

The Court finds that the joint motion is well taken and should be granted and is, therefore, SUSTAINED.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the above action is dismissed with prejudice as to Defendants Jared Booth and City of Columbus, Mississippi, particularly Columbus Police Department, and without prejudice as to all other parties, whether named or unnamed, known or unknown.

**SO ORDERED**, this the 22nd day of December, 2020.

                                                **/s/ David A. Sanders**
                                                **UNITED STATES MAGISTRATE JUDGE**

Agreed to by:

 s/ Brad Morris, Esq.
Counsel for Plaintiff


 s/ Jeffey J. Turnage, Esq.
Counsel for Defendants